# RINEHART SCAFFIDI & RINEHART, LLC

P.O. Box 11975
Milwaukee, Wisconsin 53211

PLEASE REPLY C/O
P.O. BOX ONLY

WILLIAM A. RINEHART
JOHN M. SCAFFIDI
WILLIAM A. RINEHART II

TELEPHONE: (414) 963-9303
FAX: (414) 963-1376
EMAIL: WARinehartii@rsrattorneys.com

http://www.rsmlaw.com
4701 N. Port Washington Rd.
Milwaukee, WI 53212

February 26, 2018

Hon. Pamela A. Pepper
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:  *Healthcare Services Group, Inc.*
     *vs. Colonial Manor Health Care, LLC, et al.*
     *Case No. 18-CV-161*

Dear Judge Pepper:

The undersigned represents the defendants in the above matter. Enclosed, for filing, please find defendants' *Motion for Extension of Time to File Responsive Pleadings* and a proposed *Order* granting such extension.

Plaintiff has consented to the extension requested in the Motion.

Very truly yours,
Rinehart Scaffidi & Rinehart, LLC

*William A. Rinehart II /s/*

William A. Rinehart II
WAR2/ds

Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLONIAL MANOR HEALTH )<br>CARE, LLC et al., )<br>)<br>Defendants. ) | Case No. 18-CV-161 |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

COMES NOW Defendants, Colonial Manor Health Care, LLC, Eastview Health Care, LLC, Mount Carmel Health Care, LLC, San Luis Health Care, LLC, Woodstock Health Care, LLC, North Ridge Health Care, LLC, and Sheridan Medical, LLC (hereinafter collectively referred to as "Defendants"), by and through their undersigned attorneys, and for their Motion for Extension of Time in which to file Responsive Pleadings, states to this Honorable Court as follows:

1. That Defendants' answers were originally due on or about February 23, 2018.

2. That the law firm of Frankel, Rubin, Klein, Dubin, Siegal & Payne, P.C. was recently retained to represent Defendants.

3. As a result, the law firm of Frankel, Rubin, Klein, Dubin, Siegal & Payne, P.C. and Mayer S. Klein is entering its appearance concurrently with the filing of this Motion for Extension of Time, and has retained local counsel in aid thereof.

4. That Defendants' counsel requires additional time to review the allegations set forth in Plaintiff's Complaint, in order to properly respond to the same.

1

5.     That Plaintiff's counsel has consented to granting a two-week extension to all Defendants in which to file their responsive pleadings, up to and including March 9, 2018.

WHEREFORE Defendants Colonial Manor Health Care, LLC, Eastview Health Care, LLC, Mount Carmel Health Care, LLC, San Luis Health Care, LLC, Woodstock Health Care, LLC, North Ridge Health Care, LLC, and Sheridan Medical, LLC respectfully pray this Honorable Court grant an additional two (2) weeks, up to and including March 9, 2018 for them to file their Responses to Plaintiff's Complaint.

Respectfully submitted,

| | |
|---|---|
| Mayer S. Klein<br>Michael J. Payne<br>FRANKEL, RUBIN, KLEIN, DUBIN,<br>SIEGEL & PAYNE, P.C.<br>231 South Bemiston Avenue, Suite 1111<br>Clayton, Missouri 63105<br>Telephone: (314) 725-8000<br>Facsimile: (314) 726-5837<br>mklein@frankelrubin.com<br>mpayne@frankelrubin.com | /s/ William A. Rinhart<br>William A. Rinehart II<br>State Bar No. 1055477<br>P.O. Box 11975<br>Milwaukee, WI 53211<br>Telephone: (414) 963-9303<br>Facsimile: (414) 963-1376<br>warinehartii@rsrattorneys.com<br><br>*Counsel for Defendant* |

-and-

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 26 2018, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon all counsel of record.

William A. Rinehart II
*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-CV-161 |
| | ) |
| COLONIAL MANOR HEALTH CARE, LLC et al., | ) |
| | ) |
| Defendants. | ) |

### PROPOSED ORDER

All Defendants' Motion for Extension of Time is hereby sustained. Defendants are granted an additional two (2) weeks, up to and including March 9, 2018, to respond to Plaintiff's Petition.

#####