IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC. | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 18-CV-161<br>) |
| COLONIAL MANOR HEALTH<br>CARE, LLC et al., | )<br>)<br>) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

COMES NOW Defendants, Colonial Manor Health Care, LLC, Eastview Health Care, LLC, Mount Carmel Health Care, LLC, San Luis Health Care, LLC, Woodstock Health Care, LLC, North Ridge Health Care, LLC, and Sheridan Medical, LLC (hereinafter collectively referred to as "Defendants"), by and through their undersigned attorneys, and for their Motion for Extension of Time in which to file Responsive Pleadings, states to this Honorable Court as follows:

1. That Defendants' answers were originally due on or about February 23, 2018.

2. That the law firm of Frankel, Rubin, Klein, Dubin, Siegal & Payne, P.C. was recently retained to represent Defendants.

3. As a result, the law firm of Frankel, Rubin, Klein, Dubin, Siegal & Payne, P.C. and Mayer S. Klein is entering its appearance concurrently with the filing of this Motion for Extension of Time, and has retained local counsel in aid thereof.

4. That Defendants' counsel requires additional time to review the allegations set forth in Plaintiff's Complaint, in order to properly respond to the same.

1

5. That Plaintiff's counsel has consented to granting a two-week extension to all Defendants in which to file their responsive pleadings, up to and including March 9, 2018.

WHEREFORE Defendants Colonial Manor Health Care, LLC, Eastview Health Care, LLC, Mount Carmel Health Care, LLC, San Luis Health Care, LLC, Woodstock Health Care, LLC, North Ridge Health Care, LLC, and Sheridan Medical, LLC respectfully pray this Honorable Court grant an additional two (2) weeks, up to and including March 9, 2018 for them to file their Responses to Plaintiff's Complaint.

Respectfully submitted,

Mayer S. Klein
Michael J. Payne
FRANKEL, RUBIN, KLEIN, DUBIN,
SIEGEL & PAYNE, P.C.
231 South Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
Telephone: (314) 725-8000
Facsimile: (314) 726-5837
mklein@frankelrubin.com
mpayne@frankelrubin.com

/s/ William A. Rinhart
William A. Rinehart II
State Bar No. 1055477
P.O. Box 11975
Milwaukee, WI 53211
Telephone: (414) 963-9303
Facsimile: (414) 963-1376
warinehartii@rsrattorneys.com

*Counsel for Defendant*

-and-

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 26 2018, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon all counsel of record.

William A. Rinehart II
*Counsel for Defendant*