UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-CV-161-DEJ |
| | ) |
| COLONIAL MANNER HEALTH CARE, LLC; | ) |
| | ) |
| EASTVIEW HEALTH CARE, LLC; | ) |
| | ) |
| MOUNT CARMEL HEALTH CARE, LLC; | ) |
| | ) |
| SAN LUIS HEALTH CARE, LLC; | ) |
| | ) |
| WOODSTOCK HEALTH CARE, LLC; | ) |
| | ) |
| NORTH RIDGE HEALTH CARE, LLC; and, | ) |
| | ) |
| SHERIDAN MEDICAL, LLC; | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT OF DEFENDANTS

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Eastern District of Wisconsin and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendants, furnishes the following organizational interests that are herewith disclosed:

1. Name of parties the undersigned represents in the action:

    a. Colonial Manor Health Care, LLC;

    b. Eastview Health Care, LLC;

c. Mount Carmel Health Care, LLC;

   d. San Luis Health Care, LLC;

   e. Woodstock Health Care, LLC;

   f. North Ridge Health Care, LLC d; and,

   g. Sheridan Medical, LLC.

2. If the subject organization is a corporation:

   a. Its parent companies or corporations:

   None

   b. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock:

   None

3. Names of law firms whose attorneys will appear, or expected to appear, at this time:

   Rinehart Scaffidi & Rinehart, LLC.

Respectfully submitted,

| | |
|---|---|
| Mayer S. Klein | /s/ William A. Rinehart II |
| Michael J. Payne | William A. Rinehart II |
| FRANKEL, RUBIN, KLEIN, DUBIN, | State Bar No. 1055477 |
| SIEGEL & PAYNE, P.C. | P.O. Box 11975 |
| 231 South Bemiston Avenue, Suite 1111 | Milwaukee, WI 53211 |
| Clayton, Missouri 63105 | Telephone: (414) 963-9303 |
| Telephone: (314) 725-8000 | Facsimile: (414) 963-1376 |
| Facsimile: (314) 726-5837 | warinehartii@rsrattorneys.com |
| mklein@frankelrubin.com | |
| mpayne@frankelrubin.com | *Counsel for Defendants* |

-and-

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 26, 2018, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon all counsel of record.

/s/William A. Rineahrt II
*Counsel for Defendant*