UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

DATE: May 29, 2018
JUDGE: Pamela Pepper
CASE NO: 2018-cv-161
CASE NAME: Healthcare Services Group, Inc. v. Colonial Manor Health Care LLC, *et al.*
NATURE OF HEARING: Rule 16 Scheduling Conference
APPEARANCES: K. Scott Wagner – Attorney for the plaintiff
Russell La Bue – Attorney for the defendants
COURTROOM DEPUTY: Kristine Wrobel
TIME: 10:48 a.m. – 11:07 a.m.
HEARING: Final Pretrial Conference set for March 14, 2019 at 9:00 a.m.
Trial set for April 1, 2019 at 8:30 a.m.

The court noted that the parties had filed a joint Rule 26(f) plan, which the court had reviewed. The court told the parties that if they decided at any point that they would like to utilize a magistrate judge to facilitate mediation, they should notify the court by filing a joint motion or by contacting chambers with all parties on the line. The court further encouraged the parties to contact chambers by telephone (with all parties on the line) if they encountered a discovery dispute that did not require them to brief a legal issue. The court told the parties that it would be happy to conduct a telephone hearing at its earliest convenience to assist the parties in resolving that dispute. The court also advised the parties that they could go to the court's website – www.wied.uscourts.gov – to look at its tips and suggestions for practicing in this court. Finally, the court informed the parties that while it was willing to sign agreed protective orders, it would not sign such orders if the orders contained provisions requiring the court to place certain documents under seal. The court holds hearings on any motions to seal that state, as cause, that the document to be sealed is covered by a protective order.

The court **ORDERS** the following:

The parties shall exchange their Rule 26(a)(1) disclosures by the end of the day on May 11, 2018.

Parties wishing to file amended pleadings or join parties without leave of court shall do so no by the end of the day on June 19, 2018.

The plaintiff shall disclose the identities of its expert witnesses, along with reports and supporting documentation, by the end of the day on September 25, 2018.

The defendants shall take the depositions of the plaintiff's experts by the end of the day on October 30, 2018.

1

The defendants shall disclose the identities of their expert witnesses, along with reports and supporting documentation, by the end of the day on October 25, 2018.

The plaintiff shall take any depositions of defendants' experts by the end of the day on November 23, 2018.

The parties shall disclose the identities of any rebuttal experts by the end of the day on December 14, 2018.

The parties shall complete all discovery by the end of the day on December 21, 2018.

Any party wishing to file dispositive motions shall do so by the end of the day on December 28, 2018. The response and reply deadlines mandated by the local rules shall apply.

The court **ORDERS** that at the time any party files proposed findings of fact, that party also shall e-mail a Word version of those proposed findings of fact to PepperPO@wied.uscourts.gov.

The court **ORDERS** that the parties shall appear for a final pretrial conference on March 14, 2019 at 9:00 a.m. by telephone. Parties wishing to appear by phone may do so by calling the court's conference line at 888-557-8511 and using the access code 4893665#.

The court **ORDERS** that the trial, which the parties estimate will take four days, is scheduled for April 1, 2019 at 8:30 a.m.

Dated in Milwaukee, Wisconsin this 29th day of May, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**