UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC., | |
| Plaintiff | CIVIL ACTION |
| vs. | |
| COLONIAL MANOR HEALTH CARE, LLC, EASTVIEW HEALTH CARE, LLC, MOUNT CARMEL HEALTH CARE, LLC, SAN LUIS HEALTH CARE, LLC, WOODSTOCK HEALTH CARE, LLC, NORTH RIDGE HEALTH CARE, LLC, SHERIDAN MEDICAL, INC., | Case No. 18-CV-161 |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that Gregory M. Schrieber appears as co-counsel for the plaintiff Healthcare Services Group, Inc. in this matter, and requests that all papers, pleadings, and notices be served upon the undersigned counsel.

Dated: September 13, 2018.

/s/ Gregory M. Schrieber
Gregory M. Schrieber

Kerkman & Dunn
Attorneys for the Plaintiff

P.O. Address:

839 N. Jefferson Street, Suite 400
Milwaukee, Wisconsin 53202-3744
Tel: 414.277.8200
Fax: 414.277.0100
Email: gschrieber@kwdlaw.com

1