# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-CV-161 |
| | ) |
| COLONIAL MANOR HEALTH | ) |
| CARE, LLC et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon request by Defendants for leave to file their separate Counterclaims against Plaintiff, it is hereby ordered that Defendants' Motion for Leave to File Counterclaims is hereby granted. As Defendants have represented to this Court that the Counterclaims are prepared and ready for filing, Defendants shall file their Counterclaims within two (2) days of this Order.

SO ORDERED:_____

DATE:_____