UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

HEALTHCARE SERVICES GROUP, INC.,

        Plaintiff,

    v.                                   Case No. 18-cv-161-pp

COLONIAL MANOR HEALTH CARE, LLC,
EASTVIEW HEALTH CARE, LLC,
MOUNT CARMEL HEALTH CARE, LLC,
SAN LUIS HEALTH CARE, LLC,
WOODSTOCK HEALTH CARE, LLC,
NORTH RIDGE HEALTH CARE LLC,
and SHERIDAN MEDICAL, INC.,

        Defendants.

---

## ORDER APPROVING STIPULATION FOR CONSENT JUDGMENT

---

On March 21, 2019, the parties filed a stipulation for consent judgment in favor of the plaintiff and against each separate defendant. Dkt. No. 42. The stipulation asks the court to deem the defendants' counterclaims, dkt. nos. 33-39, withdrawn with prejudice and to retain jurisdiction over this case.

The court **APPROVES** the stipulation, dkt. no. 42, and **ORDERS:**

The clerk shall enter judgment in favor of the plaintiff and against defendant Colonial Health Care in the amount of **$268,270.83**.

The clerk shall enter judgment in favor of the plaintiff and against defendant Eastview Health Care, LLC in the amount of **$260,266.98**.

The clerk shall enter judgment in favor of the plaintiff and against defendant Mount Carmel Health Care, LLC in the amount of **$257,413.88.**

The clerk shall enter judgment in favor of the plaintiff and against defendant San Luis Health Care, LLC in the amount of **$223,533.45**.

The clerk shall enter judgment in favor of the plaintiff and against defendant Woodstock Health Care, LLC in the amount of **$222,732.77**.

The clerk shall enter judgment in favor of the plaintiff and against defendant North Ridge Health Care, LLC in the amount of **$210,691.22**.

The clerk shall enter judgment in favor of the plaintiff and against defendant Sheridan Medical, Inc. in the amount of **$155,886.00.**

Post-judgment interest shall accrue on the above amounts at the statutory rate.

The court shall retain jurisdiction over this case.

The court **ORDERS** that the defendants' counterclaims are **WITHDRAWN WITH PREJUDICE**. Dkt. Nos. 33-39.

The court **ORDERS** that the plaintiff's motion to dismiss counterclaims is **DENIED AS MOOT**. Dkt. No. 40.

The court **ORDERS** that this case is **DISMISSED.**

Dated in Milwaukee, Wisconsin this 13th day of May, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**